# EXHIBIT A

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

59528

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): **59528**   COURT (FOR CLERK USE ONLY): **356TH**

STYLED: South Hampton Resources, Inc. v. Tulsa Heaters, Inc.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

## 1. Contact information for person completing case information sheet:

Name: Charles W. Goehringer, Jr.
Email: cwgoehringer@germer.com
Address: 550 Fannin St., Ste. 400
Telephone: (409) 654-6700
City/State/Zip: Beaumont, TX 77701
Fax: (409) 835-2115
State Bar No: 00793817

### Names of parties in case:
Plaintiff(s)/Petitioner(s): South Hampton Resources, Inc.
Defendant(s)/Respondent(s): Tulsa Heaters, Inc.

### Person or entity completing sheet is:
[X] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract:**
- [ ] Consumer/DTPA
- [X] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

**Foreclosure:**
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage:**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
- Malpractice:
  - [ ] Accounting
  - [ ] Legal
  - [ ] Medical
  - [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
- Product Liability:
  - [ ] Asbestos/Silica
  - [ ] Other Product Liability List Product:
- [ ] Other Injury or Damage:

**Real Property:**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters:**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

**Employment:**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil:**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

### Family Law

**Marriage Relationship:**
- [ ] Annulment
- [ ] Declare Marriage Void
- Divorce:
  - [ ] With Children
  - [ ] No Children

**Other Family Law:**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D):**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D:**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship:**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

Probate/Wills/Intestate Administration:
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

**CERTIFIED**
I, DANA HOGG, District Clerk in and for HARDIN COUNTY, TEXAS, do hereby certify that the foregoing is a true and correct copy as same appears of record in my office.
Witness my Hand and Seal of Office, the ___ day of August, ___.

DANA HOGG, DISTRICT CLERK
HARDIN COUNTY, TEXAS
By Deputy: _____

59528

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

# DANA HOGG
## HARDIN COUNTY DISTRICT CLERK



P.O. Box 2997
Kountze, Texas 77625

Phone: 409-246-5150
Fax: 409-246-5288
dana.hogg@co.hardin.tx.us

## REQUEST PROCESS OF SERVICE SHEET

*Please use this form when requesting issuance types as listed below through the e-filing system.*

- This completed form MUST be filed as a separate **LEAD** document when e-filing.
- Select the type of issuance using the "*Optional Services*" section on the e-filing screen.
- If service is required, you must add the "*Copy Fee non-certified*" and enter the number of pages that the clerk's office needs to print (Ex: Petition is 5 pages, 3 citations are requested; 5 x 3 = 15 pages to be printed by the clerk's office) through the optional services section on the e-filing screen.

Cause #: 59528    Document to be attached: Plaintiff South Hampton Resources, Inc.'s Original Petition

Style of Case: South Hampton Resources, Inc.

vs. Tulsa Heaters, Inc.

### Please select the type and quantity of issuance(s) requested:

| ISSUANCE FEES | | | HARDIN COUNTY SHERIFF SERVICE FEES | | |
|---|---|---|---|---|---|
| Type | Amt | Quantity | Type | Amt | Quantity |
| Abstract of Judgment | $8 | | Citation – Personal Service | $100 | |
| Capias/Bench Warrant | $8 | | Citation – Posting | $50 | |
| Citations | $8 | | Citation – Publication Name of Newspaper _____ | $100 | |
| Citation by Certified Mail (includes preparation cost of citation) | | | | $108 | 1 |
| Notices | $8 | | Subpoena | $100 | |
| Precept/Show Cause | $8 | | TRO/Protective Order | $100 | |
| TRO/Protective Order | $8 | | Writ - Sequestration / Execution | $200 | |
| Writs – ALL TYPES | $8 | | Writs of Possession | $150 | |
| | | | Writs-Attachment / Garnishment | $100 | |

** Note: PUBLICATION COSTS – If publication is requested through the newspaper, there will be an additional cost from the newspaper for the publication.

Name of party to be served: Tulsa Heaters, Inc., registered agent, Barber & Bartz, A Professional Corporation

Address for Service: 525 S. Main Street, Suite 800    Apt: _____

City: Tulsa    State: OK    Zip: 74103

Requesting atty/pro se: Charles W. Goehringer, Jr.    Phone: (409) 654-6700

*Please attach additional pages if there are additional parties to be served.*

*** Check one of the options below for your preferred method of service ***

☐ Deliver to HC Sheriff    ☐ Return via e-mail/e-file  (email address: _____)

☐ Return via mail  (must pay for postage under optional services on e-file)    ☐ To be held by clerk for pick-up

**CERTIFIED**

I, DANA HOGG, District Clerk in and for HARDIN COUNTY, TEXAS, do hereby certify that the foregoing is a true and correct copy as same appears on record in my office.

Witness my Hand and Seal of Office, this the ___ day of _____

DANA HOGG, DISTRICT CLERK
HARDIN COUNTY, TEXAS

By Deputy _____

```
HARDIN COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
              CAUSE # 59528
```

===================================================================

```
SOUTH HAMPTON RESOURCES, INC.       ATTORNEY: GOEHRINGER JR., CHARLES W.
                     P O BOX 4915
                     BEAUMONT, TX 77704
                     (409)654-6700

          --VS.--

TULSA HEATERS, INC.          ATTORNEY:
```

CAUSE OF ACTION: DEBT/CONTRACT - DEBT/CONTRACT
FILE DATE: 07/31/2018

===================================================================

| DATE | NATURE OF PROCEEDINGS | AMOUNT | USER |
|---|---|---|---|
| | REMARKS | | |

===================================================================

07/31/2018     CIV                         $277.00  JTHE
     PETITION FILING CODE CHOSEN, FILING
     DESCRIPTION-PLAINTIFF SOUTH HAMPTON RESOURCES, INC.'S
     ORIGINAL PETITION

07/31/2018     JURY FEE                    $40.00  JTHE

07/31/2018     COPIES  NON-CERTIFIED       $6.00  JTHE

07/31/2018     ISSUE CITATION   CERTIFIED MAIL   $108.00  JTHE
     MAILED TO TULSA HEATERS, INC.-07.31.18

07/31/2018     CASE INFORMATION SHEET      $0.00  JTHE
     CIVIL CASE INFORMATION SHEET

07/31/2018     REQUEST                     $0.00  JTHE
     REQUEST PROCESS OF SERVICE SHEET

07/31/2018     COURT SERVICE FEES          $2.00  JTHE

07/31/2018     RECEIPT ISSUED              $433.00  JTHE
     281513

08/07/2018     GREEN CARD-C/M RETURN       $0.00  TMOR
     TULSA HEATERS---SVD 8.6.18

**TOTAL PLEADINGS LISTED: 9**

## CERTIFIED

I, DANA HOGG, District Clerk in and for HARDIN COUNTY, TEXAS, do hereby certify that the foregoing is a true and correct copy as same appears on record in my office.

Witness my Hand and Seal of Office, this the _____ day of _August_, _2018_.

DANA HOGG, DISTRICT CLERK
HARDIN COUNTY, TEXAS

By Deputy: _____



Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

59528

CAUSE NO. 59528

| | | |
|---|---|---|
| SOUTH HAMPTON RESOURCES, INC. | § | IN THE DISTRICT COURT |
|     *Plaintiff*, | § | |
| | § | |
| V. | § | 356TH JUDICIAL DISTRICT |
| | § | |
| TULSA HEATERS, INC. | § | |
|     *Defendant.* | § | HARDIN COUNTY, TEXAS |

**PLAINTIFF SOUTH HAMPTON RESOURCES, INC.'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff **SOUTH HAMPTON RESOURCES, INC.**, and files this Original Petition against **TULSA HEATERS, INC.**, and would respectfully show as follows:

## I.
### DISCOVERY-CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

## II.
### PARTIES

2. Plaintiff **SOUTH HAMPTON RESOURCES, INC.** ("SHR" or "Plaintiff"), is a Texas Corporation with its principal place of business in Silsbee, Hardin County, Texas.

3. Defendant **TULSA HEATERS, INC.** ("Tulsa Heaters" or "Defendant"), is an Oklahoma corporation with a principal address of 1215 S Boulder, Suite 1100 in Tulsa, Oklahoma 74119. Tulsa Heaters does not maintain a registered agent in Texas, but may be served with process by serving its registered agent, Barber & Bartz, a Professional Corporation, 525 S Main St #800, Tulsa, Oklahoma 74103, or wherever else they may be found. **CITATION AND SERVICE OF PROCESS ARE REQUESTED AT THIS TIME.**

## III.
### JURISDICTION AND VENUE

4. The Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

#1509405

–1–

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

5. Venue is permissive in Hardin County, Texas under Texas Civil Practice & Remedies Code § 15.0035(a) because this is a suit for breach of a contract and Hardin county is where the contract was to be performed. In addition, venue is proper in Hardin County under Texas Civil Practice & Remedies Code §15.002 because all or a substantial part of the events or omissions occurred in Hardin County, Texas.

## IV.
## FACTS

6. On or about June 20, 2016, Tulsa Heaters and SHR entered into a contract, wherein Tulsa Heaters agreed to provide six (6) new Aromax II Heaters ("the heaters" or "the heaters at issue") for installation at SHR's Silsbee, Texas facility. SHR paid Tulsa Heaters $2,271,400.00 for the heaters.

7. Before placing the heaters into service, SHR performed a cleaning procedure as part of the metal protection treatment ("MPT") that involved acid washing the process coils in the heaters. Numerous leaks were observed during this cleaning procedure. SHR specifically contracted with Tulsa Heaters to provide heaters that could undergo the MPT. Had SHR placed the heaters into service in their as-built condition, it is very likely that a significant fire or explosion would have occurred due to the numerous defective welds which would have allowed hydrocarbons from inside the heater tubes to leak into the flame side of the heaters.

8. SHR submitted samples of the leaking coils to a third-party consultant, Mistras Group, Lab #565, to determine the cause of the leaks. In its October 27, 2017 report, Mistras Group concluded, among other factors, that the leaks and resulting corrosion damages were the result of a "localized alloy dilution associated with tack-welds executed using an improper consumable." In other words, Tulsa Heaters tack-welded the heater tubes using incorrect weld material.

9. SHR has incurred numerous costs and expenses as a result of the heaters' defective welds and Tulsa Heaters' use of improper consumables, in addition to significant delay damages and lost



#1509405 –2–

10. profits from being unable to start-up the heaters at issue as originally scheduled. SHR incurred the following costs and expenses, all of which were reasonable and necessary, and caused directly by Tulsa Heaters' breach of contract and breach of warranty:

   a. Expenses related to the MPT process for the heaters after weld repairs were made;

   b. Expenses from having personnel and equipment remain on-site longer than originally intended, making the area safe for personnel to enter, inspecting and making repairs, and redesigning faulty connections;

   c. Costs of installing scaffolding inside the heaters to facilitate the weld inspection and repair;

   d. Expenses related to removing the heaters' manifolds for inspection and repair and removing piping sections for metallurgical testing; and

   e. Expenses related to inspection of welds made by Tulsa Heaters and x-raying weld repairs performed by Tulsa Heaters and its subcontractor.

11. SHR provided written notice and demand of its claim under the contract to Tulsa Heaters on May 23, 2018. To date, SHR has not been reimbursed for the costs and expenses it incurred as a result of Tulsa Heaters' breach of contract and breach of warranty.

## V.
## COUNT 1 – BREACH OF CONTRACT

12. SHR incorporates the foregoing paragraphs.

13. SHR and Tulsa Heaters entered into a valid and enforceable written contract, wherein Tulsa Heaters agreed to provide the heaters at issue in accordance with the specifications provided by SHR.

14. Tulsa Heaters provided heaters with numerous defective welds which resulted in leaks that rendered the heaters at issue useless and dangerous. Tulsa Heaters' failure to abide by the terms of the parties' agreement constitutes a material breach of contract.

15. To date, SHR has been injured and damaged as a result of Tulsa Heaters' breach in the amount of at least $750,000.00. SHR is also entitled to recover reasonable and necessary attorneys' fees pursuant to Texas Civil Practice & Remedies Code Chapter 38 and the contract, as well as costs

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

of court and pre and post judgment interest. SHR retained counsel and presented its claim to Tulsa Heaters, which was not paid within thirty (30) days of when the claim was presented.

## VI.
## COUNT 2 – BREACH OF WARRANTY

16. SHR incorporates the foregoing paragraphs.

17. SHR and Tulsa Heaters entered into a valid and enforceable written contract, wherein Tulsa Heaters warranted that the heaters would be free from defects and would be built in accordance with the specifications provided by SHR.

18. Tulsa Heaters breached that warranty by providing heaters with defective welds, which resulted in numerous leaks that rendered the heaters at issue useless and dangerous.

19. As a result of Tulsa Heaters' breach of warranty, SHR has incurred damages in an amount of at least $750,000.00.

## VII.
## ATTORNEY FEES

20. SHR is entitled to recover reasonable and necessary attorney fees under Texas Civil Practice and Remedies Code Chapter 38 and the contract because this is a suit for breach of a written contract.

## VIII.
## CONDITIONS PRECEDENT

21. All conditions precedent to SHR's claim for relief have been performed or have occurred.

## IX.
## JURY DEMAND

22. SHR demands a jury trial and tenders the appropriate fee with this Original Petition.

## X.
## REQUEST FOR DISCLOSURE

23. Under Texas Rule of Civil Procedure 194, SHR requests that Tulsa Heaters disclose, within fifty (50) days of the service of this request, the information or material described in Rule 194.2.



#1509405

—4—

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff **SOUTH HAMPTON RESOURCES, INC.** asks this Court to issue citation for Defendant Tulsa Heaters, Inc. to appear and answer, and that SHR be awarded a judgment against Tulsa Heaters for its actual damages, court costs, attorney fees and all other relief to which it is legally or equitably entitled.

Respectfully submitted,

**GERMER PLLC**

By: /s/ *Charles W. Goehringer, Jr.*
Charles W. Goehringer, Jr.
State Bar No. 00793817
cwgoehringer@germer.com
Hunter S. Davidson
State Bar No. 24097573
hdavidson@germer.com
Post Office Box 4915
Beaumont, TX  77704-4915
(409) 654-6700 – Telephone
(409) 835-2115 – Facsimile

**ATTORNEYS FOR PLAINTIFF
SOUTH HAMPTON RESOURCES, INC.**

**CERTIFIED**

I, DANA HOGG, District Clerk in and for HARDIN COUNTY, TEXAS, do hereby certify that the foregoing is a true and correct copy as same appears on record in my office.

Witness my Hand and Seal of Office, this the ____ day of _August_ _____.

DANA HOGG, DISTRICT CLERK
HARDIN COUNTY, TEXAS

By Deputy: _____



Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

59528

CAUSE NO. 59528

| | | |
|---|---|---|
| SOUTH HAMPTON RESOURCES, INC. § | | IN THE DISTRICT COURT |
| *Plaintiff*, § | | |
| § | | |
| V. § | | 356TH JUDICIAL DISTRICT |
| § | | |
| TULSA HEATERS, INC. § | | |
| *Defendant*. § | | HARDIN COUNTY, TEXAS |

## PLAINTIFF SOUTH HAMPTON RESOURCES, INC.'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff SOUTH HAMPTON RESOURCES, INC., and files this Original Petition against TULSA HEATERS, INC., and would respectfully show as follows:

### I.
### DISCOVERY-CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3.

### II.
### PARTIES

2. Plaintiff SOUTH HAMPTON RESOURCES, INC. ("SHR" or "Plaintiff"), is a Texas Corporation with its principal place of business in Silsbee, Hardin County, Texas.

3. Defendant TULSA HEATERS, INC. ("Tulsa Heaters" or "Defendant"), is an Oklahoma corporation with a principal address of 1215 S Boulder, Suite 1100 in Tulsa, Oklahoma 74119. Tulsa Heaters does not maintain a registered agent in Texas, but may be served with process by serving its registered agent, Barber & Bartz, a Professional Corporation, 525 S Main St #800, Tulsa, Oklahoma 74103, or wherever else they may be found. **CITATION AND SERVICE OF PROCESS ARE REQUESTED AT THIS TIME.**

### III.
### JURISDICTION AND VENUE

4. The Court has subject-matter jurisdiction over this lawsuit because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

#1509405

–1–

5. Venue is permissive in Hardin County, Texas under Texas Civil Practice & Remedies Code § 15.0035(a) because this is a suit for breach of a contract and Hardin county is where the contract was to be performed. In addition, venue is proper in Hardin County under Texas Civil Practice & Remedies Code §15.002 because all or a substantial part of the events or omissions occurred in Hardin County, Texas.

## IV.
## FACTS

6. On or about June 20, 2016, Tulsa Heaters and SHR entered into a contract, wherein Tulsa Heaters agreed to provide six (6) new Aromax II Heaters ("the heaters" or "the heaters at issue") for installation at SHR's Silsbee, Texas facility. SHR paid Tulsa Heaters $2,271,400.00 for the heaters.

7. Before placing the heaters into service, SHR performed a cleaning procedure as part of the metal protection treatment ("MPT") that involved acid washing the process coils in the heaters. Numerous leaks were observed during this cleaning procedure. SHR specifically contracted with Tulsa Heaters to provide heaters that could undergo the MPT. Had SHR placed the heaters into service in their as-built condition, it is very likely that a significant fire or explosion would have occurred due to the numerous defective welds which would have allowed hydrocarbons from inside the heater tubes to leak into the flame side of the heaters.

8. SHR submitted samples of the leaking coils to a third-party consultant, Mistras Group, Lab #565, to determine the cause of the leaks. In its October 27, 2017 report, Mistras Group concluded, among other factors, that the leaks and resulting corrosion damages were the result of a "localized alloy dilution associated with tack-welds executed using an improper consumable." In other words, Tulsa Heaters tack-welded the heater tubes using incorrect weld material.

9. SHR has incurred numerous costs and expenses as a result of the heaters' defective welds and Tulsa Heaters' use of improper consumables, in addition to significant delay damages and lost

10. profits from being unable to start-up the heaters at issue as originally scheduled. SHR incurred the following costs and expenses, all of which were reasonable and necessary, and caused directly by Tulsa Heaters' breach of contract and breach of warranty:

   a. Expenses related to the MPT process for the heaters after weld repairs were made;

   b. Expenses from having personnel and equipment remain on-site longer than originally intended, making the area safe for personnel to enter, inspecting and making repairs, and redesigning faulty connections;

   c. Costs of installing scaffolding inside the heaters to facilitate the weld inspection and repair;

   d. Expenses related to removing the heaters' manifolds for inspection and repair and removing piping sections for metallurgical testing; and

   e. Expenses related to inspection of welds made by Tulsa Heaters and x-raying weld repairs performed by Tulsa Heaters and its subcontractor.

11. SHR provided written notice and demand of its claim under the contract to Tulsa Heaters on May 23, 2018. To date, SHR has not been reimbursed for the costs and expenses it incurred as a result of Tulsa Heaters' breach of contract and breach of warranty.

## V.
## COUNT 1 – BREACH OF CONTRACT

12. SHR incorporates the foregoing paragraphs.

13. SHR and Tulsa Heaters entered into a valid and enforceable written contract, wherein Tulsa Heaters agreed to provide the heaters at issue in accordance with the specifications provided by SHR.

14. Tulsa Heaters provided heaters with numerous defective welds which resulted in leaks that rendered the heaters at issue useless and dangerous. Tulsa Heaters' failure to abide by the terms of the parties' agreement constitutes a material breach of contract.

15. To date, SHR has been injured and damaged as a result of Tulsa Heaters' breach in the amount of at least $750,000.00. SHR is also entitled to recover reasonable and necessary attorneys' fees pursuant to Texas Civil Practice & Remedies Code Chapter 38 and the contract, as well as costs

of court and pre and post judgment interest. SHR retained counsel and presented its claim to Tulsa Heaters, which was not paid within thirty (30) days of when the claim was presented.

## VI.
## COUNT 2 – BREACH OF WARRANTY

16. SHR incorporates the foregoing paragraphs.

17. SHR and Tulsa Heaters entered into a valid and enforceable written contract, wherein Tulsa Heaters warranted that the heaters would be free from defects and would be built in accordance with the specifications provided by SHR.

18. Tulsa Heaters breached that warranty by providing heaters with defective welds, which resulted in numerous leaks that rendered the heaters at issue useless and dangerous.

19. As a result of Tulsa Heaters' breach of warranty, SHR has incurred damages in an amount of at least $750,000.00.

## VII.
## ATTORNEY FEES

20. SHR is entitled to recover reasonable and necessary attorney fees under Texas Civil Practice and Remedies Code Chapter 38 and the contract because this is a suit for breach of a written contract.

## VIII.
## CONDITIONS PRECEDENT

21. All conditions precedent to SHR's claim for relief have been performed or have occurred.

## IX.
## JURY DEMAND

22. SHR demands a jury trial and tenders the appropriate fee with this Original Petition.

## X.
## REQUEST FOR DISCLOSURE

23. Under Texas Rule of Civil Procedure 194, SHR requests that Tulsa Heaters disclose, within fifty (50) days of the service of this request, the information or material described in Rule 194.2.

Filed: 7/31/2018 2:26 PM
Dana Hogg, District Clerk
Hardin County, Texas
By: Julie Theal

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff SOUTH HAMPTON RESOURCES, INC. asks this Court to issue citation for Defendant Tulsa Heaters, Inc. to appear and answer, and that SHR be awarded a judgment against Tulsa Heaters for its actual damages, court costs, attorney fees and all other relief to which it is legally or equitably entitled.

Respectfully submitted,

**GERMER PLLC**

By: */s/ Charles W. Goehringer, Jr.*
    Charles W. Goehringer, Jr.
    State Bar No. 00793817
    cwgoehringer@germer.com
    Hunter S. Davidson
    State Bar No. 24097573
    hdavidson@germer.com
    Post Office Box 4915
    Beaumont, TX 77704-4915
    (409) 654-6700 – Telephone
    (409) 835-2115 – Facsimile

**ATTORNEYS FOR PLAINTIFF
SOUTH HAMPTON RESOURCES, INC.**

# CIVIL CITATION
## THE STATE OF TEXAS

CAUSE NO: 59528

| | | |
|---|---|---|
| SOUTH HAMPTON RESOURCES, INC. | § | 356TH JUDICIAL DISTRICT COURT |
| VS. | § | |
| TULSA HEATERS, INC. | § | COUNTY OF HARDIN |

**NOTICE TO DEFENDANT**: *"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of 20 days after you were served this citation and petition, a Default Judgment may be taken against you."*

TO:  TULSA HEATERS, INC., REGISTERED AGENT BARBER & BARTZ, A PROFESSIONAL
     CORPORATION
     525 S. MAIN STREET, SUITE 800
     TULSA, OK 74103

Defendant, in the hereinafter styled and numbered cause: 59528

You are hereby commanded to appear before 356TH JUDICIAL DISTRICT COURT of HARDIN COUNTY, TEXAS to be held at the courthouse located at 300 Monroe St. of said County in the City of Kountze, Hardin County, Texas, by filing a written answer to the Plaintiff's Original Petition at or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in cause number **59528** styled:

**SOUTH HAMPTON RESOURCES, INC.**
**VS.**
**TULSA HEATERS, INC.**

Said Petition was filed in said court on 31st day of July, 2018 by CHARLES W. GOEHRINGER JR., Attorney for Plaintiff, whose address is P O BOX 4915, BEAUMONT, TX 77704.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT AT KOUNTZE, TEXAS, ON THIS THE 31st day of July, 2018.

Dana Hogg
District Clerk
Hardin County, Texas
P.O. Box 2997
Kountze, TX 77625

By _____
JULIE THEAL, DEPUTY CLERK

## OFFICER'S CERTIFIED MAIL RETURN

Came to hand on the __31ST__ day of __JULY__, 20_18_ at _02:26_ o'clock _P_M_ and executed at __03:15__ o'clock __PM__ on the __31ST__ day of _JULY_, 20_18_, by mailing to the within named _TULSA HEATERS, INC., REGISTERED AGENT\M BARBER & BARTZ, A PROFESSIONAL CORPORATION_, certified mail, return receipt requested with restricted delivery a true copy of this citation together with an attached copy of Plaintiff's Petition to the following address:

_525 S. MAIN ST. SUITE 800, TULSA, OK, 74103_

USPS#:__97 7199 9991 7039 6891 3701__

Service upon the Defendant is evidenced by the return receipt hereto attached and signed by _____ _____ and dated: __ ____ __.

[ ] This Citation was not executed for the following reason:

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.


Fee$_____

District Clerk / Officer / Sheriff
Hardin County, Texas

By _____ _____Deputy